## No. 17,077.

MILANO v. NORTH AMERICAN ACCIDENT
INSURANCE COMPANY.
(265 P. [2d] 237)

Decided December 14, 1953.   Rehearing denied January 11, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. A. X. ERICKSON, Mr. DON B. OLIVER, Mr. W. H. ERICKSON, LILA I. LUDLAM, for plaintiff in error.

Mr. DARWIN D. COIT, for defendant in error.